Zane A. Gilmer, Esq. (7-4545)
STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202
Phone No.: 303.376.8416
Email: zane.gilmer@stinson.com

*Attorneys for Defendant NBH Bank d/b/a Bank of Jackson Hole, a division of NBH Bank*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NADIA ZAHMOUL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF JACKSON HOLE, A DIVISION OF NBH BANK, d/b/a BANK OF JACKSON HOLE,<br><br>　　　　Defendant. | Case No.: 2:22-cv-00221-ABJ |

### BANK OF JACKSON HOLE, A DIVISION OF NBH BANK, d/b/a BANK OF JACKSON HOLE'S CORPORATE DISCLOSURE STATEMENT

Defendant Bank of Jackson Hole, a division of NBH Bank, d/b/a Bank of Jackson Hole by and through undersigned counsel, respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1. As a preliminary matter, Bank of Jackson Hole, a division of NBH Bank, is a trade name used by NBH Bank.  However, the proper entity name is NBH Bank d/b/a Bank of Jackson Hole, a division of NBH Bank. NBH Bank d/b/a Bank of Jackson Hole, a division of NBH Bank hereby states that it is a wholly-owned subsidiary of National Bank Holdings Corporation, a publicly held corporation (NYSE: NBHC). National Bank Holdings Corporation has no parent corporation, and Black Rock, Inc., a publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 28th day of October, 2022.

/s/ Zane A. Gilmer
Zane A. Gilmer
STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, CO 80202
Phone: 303.376.8416
Email: zane.gilmer@stinson.com

*Attorneys for Defendant NBH Bank d/b/a Bank of Jackson Hole, a division of NBH Bank*