# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NADIA ZAHMOUL, an individual, | ) Case No.: 2:22-cv-00221-ABJ |
| Plaintiff, | ) |
| vs. | ) |
| BANK OF JACKSON HOLE, a division of NBH Bank, d/b/a Bank of Jackson Hole, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER REGARDING MOTION TO RESTRICT ACCESS TO RESPONSE EXHIBITS F, G AND H

The Court, having reviewed the Motion to Restrict Access to Response Exhibits F, G, and H ("Motion"), and being duly advised on the contents thereof:

Hereby **GRANTS** the Motion and **ORDERS** that Response Exhibits F, G, and H shall be designated as "non-public" when they are filed.

Dated this ___ day of November, 2022.

_____
Alan B. Johnson
United States District Judge