Zane A. Gilmer, Esq. (7-4545)
Nathaniel T. Vasquez, Esq. (pro hac vice)
STINSON LLP
1144 Fifteenth Street, Suite 2400
Denver, Colorado 80202
Phone No.: 303.376.8416
Email: zane.gilmer@stinson.com
          nathaniel.vasquez@stinson.com

*Attorneys for NBH Bank, d/b/a Bank*
*of Jackson Hole, a division of NBH Bank*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NADIA ZAHMOUL, an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>NBH BANK, d/b/a Bank of Jackson Hole, a division of NBH Bank,<br><br>   Defendant. | Case No.: 2:22-cv-00221-ABJ |

## JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff Nadia Zahmoul ("Plaintiff") and Defendant NBH Bank, d/b/a Bank of Jackson Hole, a division of NBH Bank ("BOJH," and collectively with Plaintiff, the "Parties"), jointly move the Court for an order approving the Protective Order attached hereto as Exhibit A. In support of this motion, the Parties state as follows:

1.  The Parties recognize that BOJH is bound by the Gramm-Leach-Bliley Act and any applicable regulations promulgated thereunder. As relevant here, the Parties anticipate requesting personally identifiable financial information (i) provided to BOJH by a consumer or customer (as each of those terms are defined in Title V of the Gramm-Leach-Bliley Act and its implementing regulations); (ii) resulting from any transaction between BOJH and a consumer or any service

performed by BOJH for a consumer; or (iii) otherwise obtained by BOJH about the consumer—all of which is protected from disclosure by Title V of the Gramm-Leach-Bliley Act. *See* 15 U.S.C. § 6801.

2. Disclosure of the above information, however, may be made in conjunction with judicial proceedings. *See* 15 U.S.C. § 6802(e)(8). In an effort to expedite discovery, the entry of a Protective Order would authorize the requested disclosures, but would limit the use of the information above to this litigation and ensure that the individuals to whom the information belongs (Plaintiff and non-parties) are not subjected to annoyance and embarrassment as a result of the disclosures. *See* Fed. R. Civ. P. 26(c).

WHEREFORE, for the reasons set forth above, and pursuant to Fed. R. Civ. P. 26(c), the Parties request that the Court enter the attached Protective Order so as to expedite and simplify discovery for good cause shown.

Respectfully submitted this 8th day of February, 2023.

| | |
|---|---|
| */s/ Robert V. Cornish, Jr.* | */s/ Nathaniel T. Vasquez* |
| Robert V. Cornish, Jr. | Zane A. Gilmer |
| Christine Hanley | Nathaniel T. Vasquez |
| LAW OFFICES OF ROBERT V. CORNISH, JR., P.C. | STINSON LLP |
| 680 South Cache Street, Suite 100 | 1144 Fifteenth Street, Suite 2400 |
| Jackson, WY 83001 | Denver, CO 80202 |
| Phone: 307.264.0535 | Phone: 303.376.8416 |
| Email: rcornish@rcornishlaw.com | Email: zane.gilmer@stinson.com |
| chanley@rcornishlaw.com | nathaniel.vasquez@stinson.com |
| | |
| *Attorneys for Nadia Zahmoul* | *Attorneys for NBH Bank, d/b/a Bank of Jackson Hole, a division of NBH Bank* |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 8, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served in accordance with the Federal Rules of Civil Procedure.

*s/ Nathaniel T. Vasquez*
Nathaniel T. Vasquez
