# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NADIA ZAHMOUL, an individual, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>NBH BANK, d/b/a Bank of Jackson Hole, a division of NBH Bank, <br><br>　　　　　Defendant. | Case No.: 2:22-cv-00221-ABJ |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

The Court, having reviewed the Joint Motion for Entry of a Protective Order, and being duly advised on the contents thereof:

Hereby **GRANTS** the Motion and **ORDERS** that the Parties proposed Protective Order is made an Order of the Court.

Dated this ___ day of February, 2023.

_____
Kelly H. Rankin
United States Magistrate Judge